**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **BIG WILL ENTERPRISES INC.** | |
| **Plaintiff,** | **Civil Action File No.: 1:25-cv-00129** |
| **v.** | |
| **RIVIAN AUTOMOTIVE, INC.** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## <u>COMPLAINT FOR PATENT INFRINGEMENT</u>

Plaintiff Big Will Enterprises Inc. ("BWE" or "Plaintiff") in British Columbia, by and through their undersigned attorneys, files this original Complaint against Rivian Automotive, Inc. ("Rivian" or "Defendant") and alleges, based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, as follows:

### INTRODUCTION

### 1.

This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code to enjoin infringement and obtain damages from Defendant's unauthorized manufacture, use, sale, offer to sell, and/or importation into the United States for the subsequent use or sale of products or methods that infringe one or more claims of United States Patents:  10,521,846 ("the '846 Patent"); 9,049,558 ("the '558 Patent"); 8,737,951 ("the '951 Patent"); 8,559,914 ("the '914 Patent"); and 8,452,273 ("the '273 Patent").  Copies of the '846

Patent, the '558 Patent, the '951 Patent, the '914 Patent and the '273 Patent are attached as Exhibits 1-5.

**2.**

BWE is an innovative company in the field of sensor technology for determining human activities for health, safety and other uses. BWE's sensor-based technologies go beyond determining simple human locations and offer smartphone users (and other communication-based devices) a personal surveillance system based on their activities. The technologies monitor sensors such as the accelerometer, the gyroscope and others for uniquely identifying human activities; the motion activities can include, for example, but not limited to, standing/stationary, walking, running, driving, skiing, sleeping, snoring, hiking, skateboarding, sky diving, bicycling, unicycling, golfing, falling down, swimming, riding a ski lift, a motor vehicle, a motorcycle, an airplane, a train, or a water vessel, accelerating or decelerating in a motor vehicle, motorcycle, train, airplane, or water vessel, vibrating, propagating through a medium, rotating, riding in a wheelchair, and other human movements, where capturing data and/or providing feedback is desired. BWE has created proprietary technologies in this field of technology since at least 2007 for, among other benefits, the increased health, safety, and wellbeing of its users. BWE's patented technology was developed for use on a wide variety of devices, including smartphones, smartwatches, and other communication and sensor-based devices in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**3.**

A primary inventive concept is method by which a particular human movement can be identified, when the sensors, in this case, those in a mobile phone, have no fixed orientation with respect to the human.  A smart phone may be in a user's pocket, purse or backpack, for example and in no particular orientation.  U.S. 8,452,273 cols. 1-3.  Prior to the '273 Patent, there was no effective answer for this problem.  BWE's sensor monitoring, processing and communication technology is covered by the claims of the '846, '558, '951, '914, and the '273 Patents asserted in this action, as well as other BWE patents.

**JURISDICTION AND VENUE**

**4.**

BWE is a British Columbia company, incorporated in Canada having its principal place of business at 4573 West 1st Avenue, Vancouver, British Columbia V6R 1H7, Canada.

**5.**

Upon information and belief, Defendant Rivian Automotive, Inc. is a corporation organized under the laws of Delaware, having its headquarters at 14600 Myford Road, Irvine, California 92606.  Upon information and belief, Defendant may be served this Complaint by service upon its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle, Delaware 19801.

**6.**

This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284-285, among others.  This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

**7.**

Upon information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendant's substantial business in this State and judicial district, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this district.

**8.**

Venue is proper in this judicial district and division pursuant to 28 U.S.C. §§1391(b) and (c) and 1400(b) in that, upon information and belief, Defendant operates a showroom and demonstration center located at 208 S Congress Avenue, Austin, Texas 78704 and a service center located at 622 Morrow Street, Austin, Texas 78752. Defendant routinely does business within this district, Defendant has committed acts of infringement within this district, and Defendant continues to commit acts of infringement within this district.

**9.**

On information and belief, Defendant's products and services are offered for sale and sold to customers residing in this State and District. Defendants also provide an online presence under the name rivian.com which is available to customers and prospective customers within this State and District. As a result of Defendant's business activities in this State and District, on information and belief, Defendants have had continuous and systematic contacts with this State and District, including sales to customers residing in this State and District.

## ALLEGATIONS COMMON TO ALL COUNTS

### 10.

Plaintiff ("BWE") owns all right, title, interest in, and has standing to sue for infringement the following patents:  United States Patent No. 10,521,846, entitled "Targeted advertisement selection for a wireless communication device (WCD)," issued on December 31, 2019; United States Patent No. 9,049,558, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using sensor data of wireless communication device (WCD) and initiating activity-based actions," issued on June 02, 2015; United States Patent No. 8,737,951, entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on May 27, 2014; United States Patent No. 8,559,914 entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on October 15, 2013; and United States Patent No. 8,452,273, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using accelerometer of wireless communication device," issued May 28, 2013.

### 11.

BWE is a global leader and innovator in the field of sensor technology for determining human activities for health, safety and other uses.  These proprietary technologies and innovations were being developed since 2007 for the increased health, safety and wellbeing of its users.  BWE patented technology was developed for use on a wide variety of devices, including smartphones and wearables and are in use on many popular products in the market today.  In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

### 12.

BWE's sensor based technologies go beyond determining human locations by uniquely identifying human activities for automatically monitoring and tracking movements, such as sleep,

stationary, walking, running, cycling, falling down, rotating and other human movements where capturing data and/or providing feedback is desired.

**13.**

BWE's sensor monitoring, processing and communication technologies are covered by the claims of the '846 Patent, '558 Patent, the '951 Patent, the '914 Patent and the '273 Patents which are asserted in this action, as well as other BWE patents.

**14.**

Defendant is a company in the business of designing, manufacturing, and supplying electric automobiles.   In particular, Defendant designed, manufactured, and is using and selling a solution—the Rivian comprehensive connected vehicle platform—included as part of some Rivian automobile models.

**15.**

The Rivian comprehensive connected vehicle platform uses wireless communication devices (WCDs), to enhance the driver safety, reduce accidents, and decrease insurance claims. These devices, equipped with memory, processors, and co-processors, play a crucial role in evaluating and reporting multiple facets of driving behavior, including fast accelerations, hard braking and aggressive cornering (steering).  By monitoring accelerometer and/or gyroscope data, user behaviors while driving can be analyzed, determined and reported.

**16.**

As evident from Defendant's various marketing material, Defendant partners with various insurance carries and uses its comprehensive connected vehicle platform to measure and analyze telematics to provide drivers insurance discounts for driving safely:

## Rivian To Partner With Nationwide For Insurance Program

WGLT | By Ryan Denham
Published April 29, 2021 at 12:06 PM CDT



What We Collect or Process

Vehicle operation and performance information, such as: Speed, braking, acceleration, and steering events.

All Rivian vehicles also include a comprehensive connected vehicle platform that tracks and evaluates your driving patterns.

In addition, it offers you data-driven coverage using telematics technology, leading to potential discounts and more.

At this time, Rivian insurance is available in 48 states with plans to expand to the rest of the country soon. Right now, you also get free access to a Rivian Membership. However, a fee may apply in the future.



All Rivian vehicles also include a comprehensive connected vehicle platform that tracks and evaluates your driving patterns.

> In addition, it offers you data-driven coverage using telematics technology, leading to potential discounts and more.



### How Does Rivian Insurance Work?

Once connected to the Rivian Cloud, the app tracks speed, braking, mileage and more to determine whether or not you are a safe or risky driver. Safe drivers can save as much as 15% using the vehicle's Highway Assist function, which combines safety features with automation.

### Does Rivian Use Telematics?

Rivian uses a proprietary built-in technology, much like telematics, so the vehicle and the service department are connected to the Rivian Cloud, which can also track driving behavior and mileage. Rivian can even diagnose mechanical problems with the car remotely, using this technology.

Notifications for incidents such as collisions/crashes, including time of crash, crash details indicating severity of crash, sensor data, and precise location where the impact occurred.





In addition, it offers you data-driven coverage using telematics technology, leading to potential discounts and more.

At this time, Rivian insurance is available in 48 states with plans to expand to the rest of the country soon. Right now, you also get free access to a Rivian Membership. However, a fee may apply in the future.

## COUNT I

## DIRECT INFRINGEMENT OF THE '846 PATENT

### 17.

Plaintiff incorporates by reference the allegations of Paragraphs 1-16.

### 18.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '846 Patent, through, among other activities, making, using, and incorporating into Defendant's system automatic programs for monitoring human activities while driving.

### 19.

Independent Claim 1 of the '846 Patent, shown in italics, recites:

> *1. A method for use in connection with a wireless communication device (WCD) transported by a mobile thing (MT), the WCD having a computer architecture that has access to a memory, comprising: determining a mobile thing motion activity (MTMA) associated with the MT that is transporting the WCD based at least in part upon sensor data, the sensor data derived from one or more sensors associated with the WCD,*

The Rivian comprehensive connected vehicle platform uses wireless communication devices carried by a vehicle (mobile thing). The WCDs have accelerometers and/or gyroscopes and a computer architecture that accesses memory and code. The Rivian systems monitor accelerometer and other sensor data for determining driver behaviors, utilizing advanced technology for precise monitoring of driver behavior. By analyzing *x*, *y*, and *z*-axis accelerations, the system accurately capture the movements of vehicles. Rivian's technology excels in identifying risky driving behaviors such as harsh acceleration, braking, and turning.

> *the one or more sensors measuring physical movement of the WCD in three dimensional space and producing data sets comprising three movement*

> *values and a time value, each of the three movement values indicative of physical movement of the WCD relative to a respective axis in a three dimensional (3D) coordinate system at the time value in order to permit statistical analysis of the physical movement;*

The 3 axis accelerometer and/or gyroscope data is measured by using time values for statistical analysis for determining driver motion activities.

> *selecting an advertisement based at least in part upon the determined MTMA; causing the advertisement to be communicated to the WCD; and*

The Rivian system is designed to improve driver proficiency by utilizing an accelerometer-based activity detection system. This system collects driver data to enhance driving skills and promotes safer driving practices. Additionally, Rivian leverages this data for driver-centric advertisements, which can be beneficial for Rivian insurance by encouraging better and safer driving habits among its users.

> *wherein the determining the MTMA comprises: storing a plurality of reference MTMA signatures in the memory, each of the MTMA signatures including frequency and/or time information associated with sensor data pertaining to a specific MTMA;*

The process of comparing the reference data with live accelerometer and/or gyroscope data to reference motion activity creates signatures that include frequencies and/or timing for accurately identifying each activity.

> *determining a normalizing mathematical relationship so that different data sets separated in time can be analyzed in the 3D coordinate system; using the normalizing mathematical relationship, determining normalized data sets; analyzing the normalized data sets in the frequency and time domains;*

The raw accelerometer data contains gravity accelerations that must be normalized (removing the extra data) for accurately measuring the accelerometer's $x$, $y$ and $z$ axes. Gravity may also be used for determining the 3D coordinate system's $z$ axis or vertical (and subsequently horizontal) positions for normalizing the live data into sets of orthogonal data so that the frequency and time domains are measuring vertical and horizontal accelerations separately and accurately.

10

Normalizing the live data into sets of data that may be measured in the frequency and time domains allows the live 3D (3 or more axis from the accelerometer and/or gyroscope) data to be compared to the reference data.

Claim 1 concludes:

> *determining likelihoods associated with the stored MTMA signatures based at least in part upon the analyzing; and selecting a most likely MTMA signature from the plurality of MTMA signatures based at least in part upon the likelihoods.*

Based on a range of live data sets and how accurately these data sets match the motion activity referenced data, the motion activity is at least in part determined based on the predetermined thresholds and ranges in the frequency and time domains. This method ensures an efficient and reliable assessment of the motion activity.

**20.**

Claim 2 of the '846 Patent, for example, recites:

> *2. The method of claim 1, wherein the advertisement is communicated to the WCD via an email or text message.*

On information and belief, the Rivian comprehensive connected vehicle platform monitors driver behaviors and uses advertisement notifications and or reward messages so participants are automatically enrolled to receive in-app messages, text messages and or summary emails.

**21.**

Claim 3 of the '846 Patent, for example, recites:

> *3. The method of claim 1, further comprising determining an identification (ID) of the MT and wherein the selecting the advertisement is further based at least in part upon the determined ID in addition to the determined MTMA.*

On information and belief, Defendant's application receives advertisements promoting rewards for safe s based on the unique ID of the system. This allows the server to message directly to the smartphone application user based on updated advertisements.

**22.**

Claim 4 of the '846 Patent, for example, recites:

> *4. The method of claim 1, further comprising determining a location of the WCD and wherein the selecting the advertisement is further based at least in part upon the location in addition to the determined MTMA.*

On information and belief, Defendant's application monitors driver behavior and determines locations where violations occur (also when drivers finish and or start routes). Notifications and updated screens that show route and location violations, and driver scores are updated and provided to the app user and servers.

**23.**

Claim 5 of the '846 Patent, for example, recites:

> *5. The method of claim 1, further comprising receiving a payment for or otherwise monetarily benefiting from causing the advertisement to be communicated.*

On information and belief, the Rivian comprehensive connected vehicle platform monitors driver behaviors and uses driver scores and awards to improve driver behaviors.

**24.**

Claim 6 of the '846 Patent, for example, recites:

> *6. The method of claim 1, wherein the causing comprises enabling an advertiser to communicate the advertisement to the WCD by advising a remote computer system associated with the advertiser of the MTMA.*

On information and belief, Defendant uses The system to send predefined advertisements from a remote computer system that may be configured from time to time.

**25.**

Claim 7 of the '846 Patent, for example, recites:

> *7. The method of claim 1, further comprising enabling a user of the WCD to enable and disable the causing of the advertisement.*

On information and belief, Defendant's application allow users to choose if messages will be sent to email/phone or to opt out.

**26.**

Claim 8 of the '846 Patent, for example, recites:

> *8. The method of claim 1, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.*

As demonstrated, *supra* with respect to Claim 1, Defendant's system uses sensor data from the accelerometer and/or the gyroscope.

**27.**

Claim 9 of the '846 Patent, for example, recites:

> *9. The method of claim 1, wherein the steps are performed in the WCD itself or in one or more communicatively coupled computer systems that are remote from the WCD and that receive the sensor data from the WCD.*

Rivian's system monitors driver behavior from the internal WCD sensors and also uses one or more remote servers to make certain decisions that enhance the accuracy of sensor data. For example, the driver score is calculated based on at least in part the sensor data that determines violations such as unsafe driving, hard braking, and unnecessary acceleration.

**28.**

Claim 10 of the '846 Patent, for example, recites:

> *10. The method of claim 1, wherein the WCD is communicatively coupled to a remote computer system and wherein the memory is associated with the remote computer system.*

Rivian's system monitors driver behavior from the internal WCD sensors and also uses one or more remote servers to make certain decisions that enhance the accuracy of sensor data.

**29.**

Claim 11 of the '846 Patent, for example, recites:

> *11. The method of claim 1, wherein the memory is local and situated within the WCD.*

On information and belief, Defendant's WCD processes and uses memory for certain events and logging of data, that is separate from connecting to servers for all storage, computing and memory needs/requirements.

**30.**

Independent Claim 12 of the '846 Patent, shown in italics, recites:

> *12. A wireless communication device (WCD) transported by a mobile thing (MT), comprising: one or more transceivers designed to enable access to a remote computer system, the remote computer system designed to select a targeted advertisement and enable the advertisement to be communicated or accessed by the WCD;*

The Rivian comprehensive connected vehicle platform uses wireless communication devices carried by a vehicle (mobile thing). The WCDs have accelerometers and/or gyroscopes and a computer architecture that accesses memory and code. The Rivian systems monitor accelerometer and other sensor data for determining driver behaviors, utilizing advanced technology for precise monitoring of driver behavior. By analyzing *x*, *y*, and *z*-axis accelerations, the system accurately capture the movements of vehicles. Rivian's technology excels in identifying risky driving behaviors such as harsh acceleration, braking, and turning. The Rivian comprehensive connected vehicle platform uses transceivers designed to send and receive from remotely located servers. On information and belief, driving discount advertisements within the servers are communicated to and/or accessed by The smartphone application.

> *one or more memories designed to store computer program code; and one or more processors designed to execute the computer program code, the computer program code comprising: code designed to determine mobile thing motion activity (MTMA) of the MT that is transporting the WCD based at least in part upon the sensor data and the statistical analysis of the physical movement of the WCD;*

The Rivian comprehensive connected vehicle platform uses WCD memory to store the program code and the WCD processor(s) to execute the program code. The code determines the motion activity through the use of the sensor data and the statistical analysis of the movement of the vehicle.

> *code designed to communicate the sensor data or a mobile thing motion activity (MTMA) of the MT that is transporting the WCD and that is derived from the sensor data via the one or more transceivers to the remote computer system in order to enable selection of the targeted advertisement that is suited for the determined MTMA; code designed to receive and locally communicate the advertisement to a user interface of the WCD; and*

The Rivian comprehensive connected vehicle platform code is designed to communicate sensor data or the identified motion activity (user driving, using phone for text messaging, aggressively cornering and others) to the server, and, on information and belief, the server has code designed to communicate the advertisement to the smartphone application. The smartphone code is designed to display the advertisement to the smartphone screen.

> *wherein the code designed to determine the MTMA comprises: code designed to store a plurality of reference MTMA signatures in the memory, each of the MTMA signatures including frequency and/or time information associated with sensor data pertaining to a specific MTMA; code designed to determine a normalizing mathematical relationship so that different data sets separated in time can be analyzed in the 3D coordinate system;*

The Rivian comprehensive connected vehicle platform code normalizes the live data into sets of data that may be measured in the frequency and time domains and allows the live 3D (three or more axes from the accelerometer and/or gyroscope) data to be compared to the reference data.

Code is used to determine time separations so the raw data so it may be analyzed in a 3D coordinate system.

> *code designed to, using the normalizing mathematical relationship, determine normalized data sets; code designed to analyze the normalized data sets in the frequency and time domains; code designed to determine likelihoods associated with the stored MTMA signatures based at least in part upon the analyzing; and code designed to select a most likely MTMA signature from the plurality of MTMA signatures based at least in part upon the likelihoods.*

The Rivian comprehensive connected vehicle platform code is used to match timed data and analyze the normalized data sets in the frequency and time domains. The code determines the likelihoods of the stored reference data and selects the most likely motion activity from a plurality of reference data (signatures) based on such likelihoods.

**31.**

Claim 13 of the '846 Patent, for example, recites:

> *13. The WCD of claim 12, wherein the program code further comprises code to determine an identification (ID) associated with the MT and wherein the code to select the advertisement makes the selection based at least in part upon the determined ID of the user.*

On information and belief, Defendant's application shares the unique user identification, and the advertisement is selected based at least in part on the unique WCD ID.

**32.**

Claim 14 of the '846 Patent, for example, recites:

> *14. The WCD of claim 12, wherein the program code further comprises code to determine a location of the WCD and wherein the code to select the advertisement makes the selection based at least in part upon the location.*

On information and belief, Defendant's application determines a user's location and provides advertisements when the user finishes an activity such as driving.

**33.**

Claim 15 of the '846 Patent, for example, recites:

> *15. The WCD of claim 12, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.*

As demonstrated, *supra* with respect to Claim 1, Defendant's code uses sensor data from the accelerometer and/or the gyroscope.

**34.**

Claim 16 of the '846 Patent, for example, recites:

> *16. The system of claim 12, wherein the computer program code further comprises: code to determine a mathematical relationship between different data sets to enable analysis of the different data sets in the 3D coordinate system; and code to determine the MTMA based at least in part upon the analysis of the different data sets in the 3D coordinate system.*

Defendant's code monitors driver behavior by determining a mathematical relationship between reference $x$, $y$ and $z$ data and different $x$, $y$ and $z$ data sets coming from the accelerometer and/or gyroscope in the 3D coordinate system.  Multiple data sets matching an activity over a time period is needed to confirm most activities before it is logged.

## COUNT II

## DIRECT INFRINGEMENT OF THE '558 PATENT

**35.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-15.

**36.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '558 Patent, through, among other activities, making, using, and incorporating into Defendant's system automatic programs for monitoring human activities while driving.

**37.**

Independent Claim 1 of the '558 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value;*

The Rivian comprehensive connected vehicle platform utilizes advanced computing technology, including cellular communication (WCD), GPS, and accelerometers, to detect 3D accelerations on the $x$, $y$, and $z$ axes.  This accelerometer data is essential for identifying driving behaviors such as hard braking, rapid accelerations, and aggressive cornering maneuvers.

> *recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system;*

Rivian's system collects a wide range of accelerometer data sample values.  These updates are delivered in a structured data-object format, which contains detailed information about the device's accelerations, including gravity ($g \approx 9.81$ m/s²).  The gravity data is then processed to determine a direction and or influences to axis data, and to make accurate movement calculations.  Rivian's system auto-calibrates determining vertical, and horizontal positions.

> *computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system;*

Rivian's system depends on data sample values collected from the accelerometers.  The accelerometer sends updates to a listening code, which prompts the system to take action.  These updates contain device acceleration information, including gravity  or corrected accelerometer data.  The reference data is determined by whether or not gravitational accelerations are included.  Ensuring accurate and up-to-date accelerometer data is crucial for The system to deliver optimal

performance in identifying driver behaviors, for maintaining precise measurements and real-time calculations, and for enhancing the overall user experience.

> *calculating movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data; and*

The Rivian comprehensive connected vehicle platform continually monitors for driver behaviors, calculating real-time movement accelerations across the *x*, *y*, and *z* axes of accelerometer data. These computations are executed within concise time periods, forming dynamic data blocks that provide critical insights into driver performance.

> *determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data.*

Rivian's system identifies instances of unsafe braking and sharp cornering (MTMA) for feedback to the driver for enhancing safety.

### 38.

Claim 2 of the '558 Patent, for example, recites:

> *2. The method of claim 1, further comprising: prior to recognizing, mathematically combining the data sample values of the particular reference set; and recognizing the particular reference set as the reference when a combined value has a magnitude that is indicative of a relationship to Earth gravity.*

Defendant's application uses the accelerometer *x*, *y* and *z* axis data to determine and recognize the direction of Earth's gravity. Because vehicle movements are dynamic, *i.e.*, the orientation is not static and therefore an unknown variable, the Rivian comprehensive connected vehicle platform monitors the direction of the Earth's gravity to establish the current orientation of the vehicle by totaling the three accelerometer axis (x, *y* and *z*) data over short time periods that is equal to the Earth's gravity (9.807 m/s$^2$).

### 39.

Claim 3 of the '558 Patent, for example, recites:

> *3. The method of claim 2, further comprising updating the reference data each time the reference set of data samples is recognized.*

On information and belief, the Rivian comprehensive connected vehicle platform uses short time periods between 1 and 200ths of a second to recalculate the direction of the Earth's gravity ("9.807"). This provides an updated orientation of the vehicle (multiple times per second).

**40.**

Claim 4 of the '558 Patent, for example, recites:

> *4. The method of claim 1, wherein: each set of data sample values includes a vector defined by three data sample values x, y, z; the reference data is a rotation matrix M; and the movement data comprises a vertical magnitude along the z axis and a horizontal magnitude along the x, y plane, both derived from a rotated vector, the rotated vector equal to the rotation matrix M multiplied by the vector associated with the other non-reference data sample values x, y, z.*

The Rivian comprehensive connected vehicle platform uses the accelerometer $x$, $y$ and $z$ axis data to determine and recognize the direction of Earth's gravity. After the direction of the Earth's gravity (9.807 m/s$^2$) is determined, for example, the Rivian comprehensive connected vehicle platform first determines the vertical direction, then a second horizontal direction is determined by rotating the vector for measuring forward/backwards acceleration/braking and fast cornering types of vehicle movements through acceleration on a horizontal plane.

**41.**

Claim 5 of the '558 Patent, for example, recites:

> *5. The method of claim 4, further comprising: transforming the movement data to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA identifying is based at least in part upon the FD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform processes the accelerometer $x$, $y$ and $z$ axis data in a frequency domain (FD) to determine at least part of the motion activity. The Rivian comprehensive connected vehicle platform uses Fast Fourier

Transform (FFT) to convert the accelerometer data to frequency domain from time domain. The frequency domain provides enhanced measurements of $x$, $y$ and $z$ axis data, including the band power of the signal, the energy (summation of the squared FFT parameters - coefficients), and the magnitude. The Rivian comprehensive connected vehicle platform determines the motion activity, at least in part by the mean, maximum and minimum values of accelerometer's $x$, $y$ and $z$ axes.

**42.**

Claim 6 of the '558 Patent, for example, recites:

> *6. The method of claim 5, wherein the MTMA is identified from a set of MTMAs and further comprising: computing a score for each MTMA of the set; and comparing the scores to identify the MTMA.*

On information and belief, the Rivian comprehensive connected vehicle platform uses a list of motion activities such as fast acceleration, hard braking, and fast/sharp cornering.

**43.**

Claim 8 of the '558 Patent, for example, recites:

> *8. The method of claim 1, wherein the MTMA is identified from a set of MTMAs and further comprising: computing a score for each MTMA of the set; and comparing the scores to identify the MTMA.*

On information and belief, the Rivian comprehensive connected vehicle platform uses a list of motion activities such as fast acceleration, hard braking, and fast/sharp cornering. Each data set provides an acceleration level (*i.e.,* score) and is used in determining a driver score.

**44.**

Claim 9 of the '558 Patent, for example, recites:

> *9. The method of claim 1, wherein the reference data is in the form of a rotation matrix that normalizes the sets of non-reference data sample values with respect to Earth gravity.*

On information and belief, the Rivian comprehensive connected vehicle platform determines driving behaviors such as sharp cornering, fast acceleration, and hard braking by determining and measuring a horizontal motion through a rotation matrix to Earth's gravity.

**45.**

Claim 10 of the '558 Patent, for example, recites:

> *10. The method of claim 1, wherein the movement data is in the time domain (TD) and wherein the computing comprises: computing a magnitude of the movement data in each of the two dimensions of space; computing one or more TD statistical metrics from the magnitudes; and wherein the MTMA determining is based at least in part upon the TD statistical metrics.*

The Rivian comprehensive connected vehicle platform measures acceleration by magnitude and time to determine driving motion activities.

**46.**

Claim 11 of the '558 Patent, for example, recites:

> *11. The method of claim 10, further comprising: transforming the magnitudes from the TD to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA determining is based at least in part the FD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform processes the accelerometer $x$, $y$ and $z$ axis data in a frequency domain (FD) to determine at least part of the motion activity.  The Rivian comprehensive connected vehicle platform uses Fast Fourier Transform to convert the users smartphone accelerometer data to frequency domain from time domain.  The frequency domain provides enhanced measurements of $x$, $y$ and $z$ axis data, including the band power of the signal, the energy (summation of the squared FFT parameters - coefficients), and the magnitude.  The Rivian comprehensive connected vehicle platform determines the motion activity, at least in part by the mean, maximum and minimum values of accelerometer's $x$, $y$ and $z$ axes.

**47.**

Claim 13 of the '558 Patent, for example, recites:

> *13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Rivian promotes driver behavior tracking technologies that utilize computing devices equipped with connected and or internal accelerometers, as well as other communication or vehicle-integrated devices. Rivian endorses its tracking systems, which integrate various technologies and applications to support a comprehensive driver safety and insurance program, some of the driver monitoring technologies are described in claim 1. The system calculates and presents a driver score for each trip and event by using sensor data from the connected vehicle, a remote computer server, and/or application. This data includes accelerations measured along the $x$, $y$, and $z$ axes of the accelerometer. The overall driving performance is evaluated by identifying specific driver behaviors, such as aggressive acceleration, hard braking, and cornering, and converting these into a score on a scale of 0-100. This integrated approach ensures that drivers receive detailed feedback on their driving habits, identify potentially unsafe behaviors, and promote safer driving practices to help obtain lower insurance premiums.

**48.**

Independent Claim 17 of the '558 Patent, shown in italics, recites:

> *17. A method, comprising: receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

Rivian's telematic systems leverage cutting-edge technology, integrating cellular communication, GPS, and acceleration sensors such as accelerometers. This technology enables the detection of

3D accelerations along the ($x$, $y$, $z$) axes in sets, and providing essential data for identifying driving behaviors such as hard braking, rapid accelerations, cornering maneuvers and others.

Claim 17 continues:

> *determining reference data that defines a reference framework from the first data;*

Rivian's telematic systems collect a wide range of accelerometer data sample values from devices. These updates are delivered in a structured data-object format, which contains detailed information about the device's accelerations, including gravity ($g \approx 9.81$ m/s²).  This first data determines at least the gravity's influences, so one or more subsequent data comparisons are void of non-device movements.

> *normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and*

Rivian's telematic systems ensure accurate comparisons by creating reference data that neutralized the influences of gravity.  This crucial step enables precise data analysis and evaluation of device movement data only.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Rivian's telematic systems compare the reference data that omits gravity data.  The accelerometer data in the Rivian's computer can accurately determine driving behaviors such as fast accelerations, hard braking and quick cornering.

**49.**

Claim 19 of the '558 Patent, for example, recites:

> *19. The method of claim 17, wherein the reference data is indicative of a relationship to Earth gravity.*

The Rivian comprehensive connected vehicle platform uses the accelerometer $x$, $y$ and $z$ axis data to determine and recognize the direction of Earth's gravity.  Vehicle movements are dynamic;

therefore the Rivian comprehensive connected vehicle platform monitors the direction of the Earth's gravity to establish an orientation of the vehicle by totaling the accelerometer axis data over short time periods that is equal to the Earth's gravity (9.807 m/s$^2$).

**50.**

Claim 20 of the '558 Patent, for example, recites:

> *20. The method of claim 17, wherein the reference data is determined in the form of vector information indicative of a relation to Earth gravity by comparing the first data to a predefined numerical range.*

The Rivian comprehensive connected vehicle platform uses the accelerometer $x$, $y$ and $z$ axis data to determine and recognize the direction of Earth's gravity. Because vehicle movements are dynamic and the orientation is not a given variable, the Rivian comprehensive connected vehicle platform monitors the direction of the Earth's gravity to establish an orientation of the vehicle by totaling the accelerometer axis data over short time periods that is equal to the Earth's gravity (9.807 m/s$^2$).

**51.**

Claim 21 of the '558 Patent, for example, recites:

> *21. The method of claim 20, wherein the one or more sensors produce first, second, and third sample data along each of 3 axes in a three dimensional (3D) coordinate system and wherein the first data pertains to a value that equals one within a predefined range, the value computed by combining the first, second, and third sample data.*

The Rivian comprehensive connected vehicle platform uses the accelerometer $x$, $y$ and $z$ axis data to measure linear acceleration and/or the gyroscope $x$, $y$, and $z$ axis data to measure angular velocity to sense data over multiple samples to accurately identify the motion activity.

**52.**

Claim 22 of the '558 Patent, for example, recites:

> *22. The method of claim 17, wherein the second data is in the time domain (TD) and wherein the identifying comprises: computing magnitudes of the second data in each of the two dimensions of the 2D space; computing one or more TD statistical metrics from the magnitudes; and wherein the MTMA identifying is based at least in part upon the TD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform identifies a motion activity (normal driving and dangerous driving, such as sharp cornering, et cetera) by monitoring and computing the magnitudes of the data in a two dimension time domain.    The Rivian comprehensive connected vehicle platform uses Fast Fourier Transform to convert the accelerometer data to frequency domain from time domain.    The frequency domain provides enhanced measurements of $x$, $y$ and $z$ axis data, including the band power of the signal, the energy (summation of the squared FFT parameters - coefficients), and the magnitude.    The Rivian comprehensive connected vehicle platform determines the motion activity, at least in part by the mean, maximum and minimum values of accelerometer's $x$, $y$ and $z$ axes.

**53.**

Claim 23 of the '558 Patent, for example, recites:

> *23. The method of claim 22, further comprising: transforming the magnitudes from the TD to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA identifying is based at least in part the FD statistical metrics.*

On information and belief, Defendant's application measures acceleration by magnitude and time to determine driving motion activities.    The frequency domain (FD) may be updated by analysis from the time domain (TD) and used to determine the motion activity.    On information and belief, the Rivian comprehensive connected vehicle platform uses statistical metrics that is collected over time, to update motion activity data for matching.

**54.**

Claim 24 of the '558 Patent, for example, recites:

26

> *24. The method of claim 23, wherein the MTMA is identified from a known plurality of MTMAs and further comprising: computing a score for each MTMA of the known plurality; and comparing the scores to identify the MTMA.*

On information and belief, Defendant's system identifies a motion activity (normal driving and dangerous driving, such as sharp cornering, et cetera) by computing a score related to an activity match, and when close the activity is determined.

**55.**

Claim 25 of the '558 Patent, for example, recites:

> *25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Rivian promotes driver behavior tracking technologies that utilize computing devices equipped with connected and or internal accelerometers, as well as other communication or vehicle-integrated devices. Rivian endorses its tracking systems, which integrate various technologies and applications to support a comprehensive driver safety and insurance program, some of the driver monitoring technologies are described in claim 17. The system calculates and presents a driver score for each trip and event by using sensor data from the connected vehicle, a remote computer server, and/or application. This data includes accelerations measured along the x, y, and z axes of the accelerometer. The overall driving performance is evaluated by identifying specific driver behaviors, such as aggressive acceleration, hard braking, and cornering, and converting these into a score on a scale of 0-100. This integrated approach ensures that drivers receive detailed feedback on their driving habits, identify potentially unsafe behaviors, and promote safer driving practices to help obtain lower insurance premiums.

**56.**

Independent Claim 27 of the '558 Patent, shown in italics, recites:

> 27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising:

Rivian's telematic system use cutting-edge technology to process cellular communication, GPS, and accelerometers that detect 3D accelerations ($x$, $y$, $z$ axes). The accelerometer data is crucial for identifying multiple driving behaviors such as hard braking, fast accelerations, cornering, and others.

> receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;

Rivian's telematic system utilizes data from three-axis accelerometers and/or three-axis gyroscopes to accurately identify driving events such as hard braking, unnecessary acceleration, and others. This advanced technology continuously monitors the movement of the vehicle via the accelerometer and other sensors.

> computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and

Rivian's telematic system collects a wide range of accelerometer data sample values. These updates are delivered in a structured data-object format, which contains detailed information about the device's accelerations, including gravity ($g \approx 9.81$ m/s²).

> determining an MTMA associated with the MT based upon the movement data.

Rivian's telematic systems monitor accelerometer and other sensor data for determining driver behaviors from the movement data.

**57.**

Claim 28 of the '558 Patent, for example, recites:

> *28. The method of claim 27, further comprising: recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system; determining a rotation matrix based upon the particular set of reference data sample values; and calculating the movement data based upon the rotation matrix and one or more sets of the data sample values that are not the particular reference set.*

The Rivian comprehensive connected vehicle platform uses the accelerometer *x*, *y* and *z* axis data to determine and recognize the direction of Earth's gravity.  After the direction of the Earth's gravity is determined, for example, the Rivian comprehensive connected vehicle platform first determines the vertical direction, then a second horizontal direction is determined by rotating the vector for measuring forward/backwards and fast cornering types of vehicle movements through acceleration on a horizontal plane.

Claim 29 of the '558 Patent, for example, recites:

> *29. The method of claim 27, wherein the data sample values are received from a plurality of the sensors.*

The Rivian comprehensive connected vehicle platform uses accelerometer *x*, *y* and *z* axis, gyroscope *x*, *y*, and *z* axis, magnatometer, and/or GPS data samples for determining at least part of the motion activities.

**58.**

Claim 30 of the '558 Patent, for example, recites:

> *30. The method of claim 29, wherein the plurality of sensors includes at least an accelerometer and a gyroscope.*

The Rivian comprehensive connected vehicle platform uses accelerometer *x*, *y* and *z* axes and/or gyroscope *x*, *y*, and *z* axes for determining at least part of the motion activities.

**59.**

Claim 31 of the '558 Patent, for example, recites:

> *31. The method of claim 30, wherein the plurality of sensors further includes a global positioning system (GPS) receiver.*

The Rivian comprehensive connected vehicle platform uses the accelerometer $x$, $y$ and $z$ axes, the gyroscope $x$, $y$, and $z$ axes and/or the global positioning system (GPS) receiver for determining at least part of the motion activities.

**60.**

Claim 32 of the '558 Patent, for example, recites:

> *32. The method of claim 27, wherein the MTMA is determined by: computing a score for each MTMA of the plurality; and comparing the scores to identify the MTMA.*

On information and belief, Defendant's application uses a score that matches different motion activities. The score includes at least the frequency domain and/or the time domain for multiple data samples.

**61.**

Claim 33 of the '558 Patent, for example, recites:

> *33. The method of claim 27, wherein the reference data is indicative of a relationship to Earth gravity.*

The Rivian comprehensive connected vehicle platform uses reference data to match sensor data that corresponds to Earth's gravity.

**62.**

Claim 34 of the '558 Patent, for example, recites:

> *34. The method of claim 27, wherein the movement data is in the time domain (TD) and wherein the calculating comprises: computing a magnitude of the movement data in each of at least two dimensions of space; computing one or more TD statistical metrics from the magnitudes; and wherein the MTMA determining is based at least in part upon the TD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform processes the accelerometer $x$, $y$ and $z$ axis data in a frequency domain (FD) to determine at least part of the motion activity. The Rivian comprehensive connected vehicle platform uses the frequency domain

to determine the maximum and minimum values of accelerometer's *x*, *y* and *z* axis in a two dimensional space so a time domain may enhance of motion activity detection.

**63.**

Claim 35 of the '558 Patent, for example, recites:

> *35. The method of claim 34, further comprising: transforming the magnitudes from the TD to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA determining is based at least in part the FD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform further transforms the magnitudes from the time domain to the frequency domain to form frequency domain data.  Statistical metrics at least in part determine the motion activity.  The Rivian comprehensive connected vehicle platform uses Fast Fourier Transform to convert  accelerometer data to frequency domain from time domain.  The frequency domain provides enhanced measurements of *x*, *y* and *z* axis data, including the band power of the signal, the energy (summation of the squared FFT parameters - coefficients), and the magnitude.  The Rivian comprehensive connected vehicle platform determines the motion activity, at least in part by the mean, maximum and minimum values of accelerometer's *x*, *y* and *z* axes.

**64.**

Independent Claim 36 of the '558 Patent, shown in italics, recites:

> *36. A system, comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Defendant's system uses native applications running on top of the operating systems of computing devices that use memories, processors.

> *code to receive a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that*

> *is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value;*

On information and belief, the Rivian comprehensive connected vehicle platform native applications monitor the accelerometer and gyroscope sensors for monitoring three streams of data ("the $x$, $y$, and $z$ axis") from each sensor. The Rivian comprehensive connected vehicle platform software monitors the accelerometer sensor for linear acceleration and the gyroscope sensor for angular velocity to determine driving motion activities (from sensor data). Accelerometers are sensors which measure acceleration, the change in velocity over time. The Rivian comprehensive connected vehicle platform programs measure acceleration in time-segments, using first, second, et cetera, to confirm multiple time-segment matches to confirm most motion activities.

Claim 36 continues:

> *code to recognize a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system;*

Because vehicle movements are dynamic and therefore vehicle orientation is not a given, the Rivian comprehensive connected vehicle platform monitors the direction of the Earth's gravity to establish vehicle orientation by totaling the accelerometer axis data over short time periods that is equal to the Earth's gravity ($9.807 \text{ m/s}^2$).

> *code to compute reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system; code to calculate movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data;*

On information and belief, the Rivian comprehensive connected vehicle platform computes reference data within a framework (values, size, time, peaks, frequencies, filtering out dominant frequencies, etc.) with accelerometer data samples.

> *and code to determine a mobile thing motion activity (MTMA) associated with the MT based upon the movement data.*

The Rivian comprehensive connected vehicle platform determines when users make sharp/fast turns, brake hard, and accelerate fast while driving.

**65.**

Claim 37 of the '558 Patent, for example, recites:

> *37. The system of claim 36, wherein the computer program code further comprises: code to mathematically combine the data sample values of the particular reference set; and code to recognize the particular reference set as the reference when a combined value has a magnitude that is indicative of a relationship to Earth gravity.*

The Rivian comprehensive connected vehicle platform uses the accelerometer *x*, *y* and *z* axis data to determine and recognize the direction of Earth's gravity. Vehicle movements are dynamic; therefore the Rivian comprehensive connected vehicle platform monitors the direction of the Earth's gravity to establish vehicle orientation by totaling the accelerometer axis data over short time periods that is equal to the Earth's gravity.

**66.**

Claim 38 of the '558 Patent, for example, recites:

> *38. The system of claim 37, wherein the computer program code further comprises code to update the reference data each time the reference set of data samples is recognized.*

The Rivian comprehensive connected vehicle platform automatically updates the vehicle orientation.

**67.**

Claim 39 of the '558 Patent, for example, recites:

> *39. The system of claim 36, wherein: each set of data sample values includes a vector defined by three data sample values x, y, z; the reference data is a rotation matrix M; and the movement data comprises a vertical magnitude along the z axis and a horizontal magnitude along the x, y plane, both derived from a rotated vector, the rotated vector equal to the rotation matrix M multiplied by the vector associated with the other non-reference data sample values x, y, z.*

On information and belief, the Rivian comprehensive connected vehicle platform recalculates accelerometer axis data by adding, subtracting and/or combining accelerometer axis data based on a vertical magnitude and horizontal magnitude of the $x$, $y$ and $z$ axis data.

**68.**

Claim 40 of the '558 Patent, for example, recites:

> *40. The system of claim 39, wherein the computer program code further comprises: code to transform the movement data to the frequency domain (FD) to produce FD data; code to compute one or more FD statistical metrics from the FD data; and wherein the MTMA identifying is based at least in part upon the FD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform processes the accelerometer $x$, $y$ and $z$ axis data in a frequency domain (FD) to determine at least part of the motion activity. The Rivian comprehensive connected vehicle platform uses the frequency domain to determine the maximum and minimum values of the accelerometer's $x$, $y$ and $z$ axes in a two dimensional space so a time domain may enhance identification of motion activities.

**69.**

Claim 41 of the '558 Patent, for example, recites:

> *41. The system of claim 36, wherein the movement data is in the time domain (TD) and wherein the code to compute comprises: code to compute a magnitude of the movement data in each of the two dimensions of space; code to compute one or more TD statistical metrics from the magnitudes; and wherein the MTMA determining is based at least in part upon the TD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform uses a discrete wavelet transform to convert data to time-frequency domain from time domain. This provides a two dimensional representation of the power/magnitude of the signal and detailed coefficients through statistical metrics so part of the motion activity may be determined.

**70.**

Independent Claim 42 of the '558 Patent, shown in italics, recites:

> *42. A system, comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

The Rivian comprehensive connected vehicle platform uses a computing device with memory and processor for determining driving motion activities by monitoring linear acceleration and angular velocity sensor data over time periods from accelerometer sensors and/or gyroscope sensors. The Rivian comprehensive connected vehicle platform uses native applications running on top of the operating system of the computing device.

> *code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

The Rivian comprehensive connected vehicle platform includes code that receives accelerometer data indicative of the movement of a vehicle. The Rivian comprehensive connected vehicle platform uses accelerometers for determining driving motion activities by monitoring linear acceleration and angular velocity sensor data over time periods from the accelerometer and/or gyroscope sensors.

> *code to determine reference data that defines a reference framework from the first data;*

The Rivian comprehensive connected vehicle platform includes code that defines how reference data for hard braking, fast acceleration, and others will be compared to actual movements/acceleration. The Rivian comprehensive connected vehicle platform includes code that determines a vertical and/or horizontal framework so the reference data may used in determining driving motion activities.

> *code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and*

Data sets from the movements (acceleration) is normalized by values, ranges, frequencies and/or time so as to be compared to reference data. The Rivian comprehensive connected vehicle platform code removes the rotational changes to the three dimensional (3D) coordinate system by normalizing the data with the gravity based determination of the vertical axis.

> *code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

The Rivian comprehensive connected vehicle platform includes code that identifies motion activity, safe/unsafe styles of driving (hard braking/fast acceleration) based on the normalized data.

**71.**

Claim 43 of the '558 Patent, for example, recites:

> *43. The system of claim 42, wherein the second data comprises a plurality of periodic samples.*

The Rivian comprehensive connected vehicle platform continually compares a plurality of accelerometer and/or gyroscope data samples.

**72.**

Claim 44 of the '558 Patent, for example, recites:

> *44. The system of claim 42, wherein the reference data is indicative of a relationship to Earth gravity.*

The Rivian comprehensive connected vehicle platform uses the earth's gravity to determine how to measure raw data against reference data.

**73.**

Claim 45 of the '558 Patent, for example, recites:

> *45. The system of claim 42, wherein the reference data is determined in the form of vector information indicative of a relation to Earth gravity by comparing the first data to a predefined numerical range.*

36

On information and belief, the Rivian comprehensive connected vehicle platform uses the earth's gravity to determine a magnitude and direction numbers (vector) for comparing a predefined numerical range.

**74.**

Claim 46 of the '558 Patent, for example, recites:

> *46. The system of claim 45, wherein the one or more sensors produce first, second, and third sample data along each of 3 axes in a three dimensional (3D) coordinate system and wherein the first data pertains to a value that equals one within a predefined range, the value computed by combining the first, second, and third sample data.*

Accelerometers are sensors which measure acceleration in an $x$, $y$ and $z$ axis, the change in velocity over time (SI unit: m/s$^2$). On information and belief, the Rivian comprehensive connected vehicle platform programs measure acceleration of the vehicle in time-segments, using first, second, et cetera, to confirm multiple time-segment matches to confirm most driver activities.

**75.**

Claim 47 of the '558 Patent, for example, recites:

> *47. The system of claim 42, wherein the second data is in the time domain (TD) and wherein the code to identify comprises: code to compute magnitudes of the second data in each of the two dimensions of the 2D space; code to compute one or more TD statistical metrics from the magnitudes; and wherein the MTMA identifying is based at least in part upon the TD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform uses a discrete wavelet transform to convert data to time-frequency domain from time domain. The Rivian comprehensive connected vehicle platform processes the accelerometer $x$, $y$ and $z$ axis data in a two dimensional space for statistical metrics, including magnitudes of a motion activity.

**76.**

Claim 48 of the '558 Patent, for example, recites:

> *48. The system of claim 47, wherein the computer program code further comprises: code to transform the magnitudes from the TD to the frequency domain (FD) to produce FD data; code to compute one or more FD statistical metrics from the FD data; and wherein the MTMA identifying is based at least in part the FD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform uses a discrete wavelet transform to convert data to time-frequency domain from time domain. This provides a two dimensional representation of the power/magnitude of the signal and detailed coefficients through a statistical metrics so part of the motion activity may be determined.

**77.**

Claim 49 of the '558 Patent, for example, recites:

> *49. The system of claim 48, wherein the MTMA is identified from a known plurality of MTMAs and wherein the computer program code further comprises: code to compute a score for each MTMA of the known plurality; and code to compare the scores to identify the MTMA.*

The Rivian comprehensive connected vehicle platform determines when a driver accelerates too fast and/or brakes too hard or aggressively corners by assigning a number (score) that identifies motion activity types (for example, acceptable or unsafe).

**78.**

Claim 50 of the '558 Patent, for example, recites:

> *50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

On information and belief, Defendant's application may communicate with servers and other remote computers to implement one or more of the steps in measuring and determining certain types of driver activities.

**79.**

Independent Claim 52 of the '558 Patent, shown in italics, recites:

> 52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:

Defendant's application uses wireless communication devices for determining human driving by monitoring linear acceleration and angular velocity sensor data over time periods from accelerometer and/or gyroscope sensors.

Claim 52 continues:

> code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;

The Rivian comprehensive connected vehicle platform includes code to monitor the $x$, $y$, and $z$ axes of the accelerometers for measuring linear acceleration and gyroscopes for measuring angular velocity over time periods that are indicative of vehicle movement.

> code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values;

The Rivian comprehensive connected vehicle platform includes code that computes reference data with samples of live data to determine driving activities. In particular, the Rivian comprehensive connected vehicle platform uses code that computes motion activity reference data that includes a numerical integral that derived from the sum of acceleration within a predefined time period.

> code to calculate movement data based upon the reference data and the data sample values; and

The Rivian comprehensive connected vehicle platform includes code that computes movement data based upon the reference data and samples of live data. The Rivian comprehensive connected vehicle platform uses code that computes a numerical integral that's derived from the sum of acceleration within a predefined time period for a data sample value.

> *code to determine an MTMA associated with the MT based upon the movement data.*

The Rivian comprehensive connected vehicle platform includes code that identifies driving motion activity based on normalized movement data.

**80.**

Claim 53 of the '558 Patent, for example, recites:

> *53. The system of claim 52, wherein the computer program code further comprises: code to recognize a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system; code to determine a rotation matrix based upon the particular set of reference data sample values; and code to calculate the movement data based upon the rotation matrix and one or more sets of the data sample values that are not the particular reference set.*

The Rivian comprehensive connected vehicle platform includes computer program code to recognize gravity measurements within the $x$, $y$, and $z$ axes that defines an orientation. Code determines and extracts gravitational acceleration so an actual acceleration (without gravity's acceleration) may be accurately measured within data samples.

**81.**

Claim 54 of the '558 Patent, for example, recites:

> *54. The system of claim 52, wherein the data sample values are received from a plurality of the sensors.*

The Rivian comprehensive connected vehicle platform uses data sample values from accelerometer's and/or gyroscope's the $x$, $y$ and $z$ axes.

**82.**

Claim 55 of the '558 Patent, for example, recites:

> *55. The system of claim 54, wherein the plurality of sensors include at least an accelerometer and a gyroscope.*

The Rivian comprehensive connected vehicle platform uses accelerometers sensors for monitoring linear acceleration and gyroscopes sensors for monitoring angular velocity over time periods for determining driving motion activities.

**83.**

Claim 56 of the '558 Patent, for example, recites:

> *56. The system of claim 55, wherein the plurality of sensors further includes a global positioning system (GPS) receiver.*

The Rivian comprehensive connected vehicle platform uses the global positioning system (GPS) receiver to determine speed and when users are driving unsafe by exceeding speed limits, and location for determine the vehicle's location.

**84.**

Claim 57 of the '558 Patent, for example, recites:

> *57. The system of claim 52, wherein the code to determine the MTMA comprises: code to compute a score for each MTMA of the plurality; and code to compare the scores to identify the MTMA.*

On information and belief, the Rivian comprehensive connected vehicle platform determines a score from each data sample through a measurement of the time domain and frequency domain. The Rivian comprehensive connected vehicle platform uses code that computes motion activity reference data that includes a numerical integral (or range) that is derived from the sum of acceleration within a predefined time period.

**85.**

Claim 58 of the '558 Patent, for example, recites:

> *58. The system of claim 52, wherein the reference data is indicative of a relationship to Earth gravity.*

The Rivian comprehensive connected vehicle platform subtracts earth's gravity influence from the raw accelerometer data so the reference data may accurately represent the motion activity.

41

**86.**

Claim 59 of the '558 Patent, for example, recites:

> 59. The system of claim 52, wherein the movement data is in the time domain (TD) and wherein the code to calculate comprises: code to compute a magnitude of the movement data in each of at least two dimensions of space; code to compute one or more TD statistical metrics from the magnitudes; and wherein the MTMA determining is based at least in part upon the TD statistical metrics.

The Rivian comprehensive connected vehicle platform processes raw accelerometer data in the time domain and the code calculates the magnitude of the movement data in at least two dimensions of space; code computes the average magnitude total and/or energy average of the magnitude total to determine at least in part the motion activity.

**87.**

Claim 60 of the '558 Patent, for example, recites:

> 60. The system of claim 52, wherein the computer program code further comprises: code to transform the magnitudes from the TD to the frequency domain (FD) to produce FD data; code to compute one or more FD statistical metrics from the FD data; and wherein the MTMA determining is based at least in part the FD statistical metrics.

The Rivian comprehensive connected vehicle platform processes raw accelerometer data in the time domain and the code calculates the magnitude of the movement data in the frequency domain to the time domain; the code produces statistical metrics from the frequency domain to determine at least in part the motion activity.

## COUNT III

## DIRECT INFRINGEMENT OF THE '951 PATENT

**88.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-16.

**89.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '951 Patent, through, among other activities, making, using, and incorporating into Defendant's system automatic programs for monitoring human activities while driving.

**90.**

Independent Claim 1 of the '951 Patent, shown in italics, recites:

> *1. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

The Rivian comprehensive connected vehicle platform uses wireless communication devices (applications running on advanced computing devices that include, cellular, GPS and three-axis accelerometer for motion detection, carried by a vehicle) for determining driving motion activities including (e.g., hard braking/fast acceleration) by monitoring acceleration sensor data over time periods from the accelerometer sensor. The program code allows the system to understand vehicle movement, orientation and activities and sometime surroundings with the $x$, $y$ and $z$ axis data of a 3D coordinate system.

> *instructions to enter a first mode of operation involving a first investigation process with one or more sensors, the first investigation process capturing first data with the one or more sensors;*

Rivian's system uses logic when the devices monitors movements for determining driving, idling and accident surveillance modes. Surveillance modes that capture location, driver's behaviors, alerts, and the range/amount of acceleration, braking, and cornering.

> *instructions to determine whether or not the first data is indicative of an activity relating to a user need for assistance, an accident, or a crime; and*

The Rivian comprehensive connected vehicle platforms are equipped with intelligent technology to identify aggressive driving behavior such as hard braking, and fast accelerations.

> *instructions to, when the first data may involve the activity, enter into a second mode of operation involving a second investigation process that is different than the first investigation process and that involves the one or more sensors and/or one or more other sensors in order to capture second data that is further indicative of the activity.*

This monitoring system ensures that every aspect of the driving experience is analyzed, providing a robust framework for evaluating events/activities and for improving driver safety.

**91.**

Claim 3 of the '951 Patent, for example, recites:

> *3. The system of claim 1, wherein the computer program code further comprises: instructions to determine a human body physical activity (HBPA) associated with a WCD user based at least in part upon the first data and/or the second data; and instructions to communicate HBPA identification information to a remote computer system to permit analysis in connection with whether or not the first data corresponds to the activity.*

The Rivian comprehensive connected vehicle platform is an application on that monitors the accelerometer and/or gyroscope *x*, *y* and *z* axis data in a time domain and/or predefined time length for determining a driver activity. The information is sent to remote servers for additional verification and analysis of the activity.

**92.**

Claim 4 of the '951 Patent, for example, recites:

> *4. The system of claim 1, wherein the computer program code further comprises: instructions to communicate the first data to a remote computer system to permit analysis in connection with whether or not the first data involves the activity; and receiving information from the remote computer system, the information indicative of whether or not the first data corresponds to the activity.*

The Rivian comprehensive connected vehicle platform is an application on that monitors the accelerometer and/or gyroscope *x*, *y* and *z* axis data in a time domain and/or predefined time length for determining a driver activity. The information is sent to remote servers and when the user

activity is confirmed, the server will combine the unsafe driver habits and send this updated information (scoring) to the user.

**93.**

Claim 8 of the '951 Patent, for example, recites:

> *8. The system of claim 1, wherein the computer program code further comprises: instructions to compare the first data and/or the second data with reference data; and instructions to detect an event in an environment associated with the WCD based upon the comparison.*

Rivian's system increases accuracy for detecting driver behaviors with accelerometers by monitoring multiple samples over short periods of time by comparing reference data that filters out gravity and other data for gaining pure samples of the accelerometer axis data that is used in the comparison step(s).

**94.**

Claim 9 of the '951 Patent, for example, recites:

> *9. The system of claim 8, wherein the comparison is in the time domain, frequency domain, or both.*

Rivian's system increases accuracy for detecting driver behaviors with accelerometers by monitoring multiple samples over short periods of time by comparing reference data that filters out gravity and other data for gaining pure samples of the accelerometer axis data that is used in the comparison step(s).

**95.**

Independent Claim 10 of the '951 Patent, shown in italics, recites:

> *10. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

The Rivian comprehensive connected vehicle platform uses wireless communication devices (applications running on advanced computing devices that include, cellular, GPS and three-axis accelerometer for motion detection, carried by a vehicle) for determining driving motion activities including (e.g., hard braking/fast acceleration) by monitoring acceleration sensor data over time periods from the accelerometer sensor.  The program code allows the system to understand vehicle movement, orientation and activities and sometime surroundings with the $x$, $y$ and $z$ axis data of a 3D coordinate system.

> *instructions to produce data from one or more sensors associated with the WCD; instructions to determine a human body physical activity (HBPA) associated with a WCD user based upon the data;*

Rivian's system utilize code to detect instances of hard braking, and rapid accelerations based on accelerometer data.

> *instructions to select a mode of operation from a set of modes, based upon the determined HBPA, the set including different modes of operation involving initiation of different investigation processes that capture different types of data; and*

Rivian's system are equipped with intelligent operational modes to identify aggressive driving behavior such as hard braking and fast accelerations.

> *instructions to communicate the data to a remote computer system.*

Rivian's system communicates surveillance information such as unsafe driving behaviors and accident data to remote servers for logging events and engaging additional actions.

## COUNT IV

## DIRECT INFRINGEMENT OF THE '914 PATENT

### 96.

Plaintiff incorporates by reference the allegations of Paragraphs 1-16.

**97.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '914 Patent, through, among other activities, making, using, and incorporating into Defendant's system automatic programs for monitoring human activities while driving.

**98.**

Independent Claim 5 of the '914 Patent, shown in italics, recites:

> *5. A system comprising: at least one computing device; and at least one application executable in the at least one computing device, the application comprising:*

The Rivian comprehensive connected vehicle platform uses a computing for determining driving motion activities including hard braking, fast acceleration, et cetera, by monitoring three-axis accelerometer $x$, $y$, and $z$ axis sensor data over time periods. The Rivian comprehensive connected vehicle platform software monitors the accelerometer sensor for linear acceleration. This technology allows the device to understand its movement and orientation with the $x$, $y$ and $z$ axis data of a 3D coordinate system. The accelerometer data is crucial in analyzing driving behavior.

> *logic that determines a user activity and/or user surroundings;*

Rivian utilizes logic for monitoring techniques to assess the range or likelihood of events in verifying user activities and surroundings through repeated patterns, frequencies and or spikes. This enables the identification and confirmation of vehicle movements.

> *logic that determines a surveillance mode that corresponds to the user activity and/or the user surroundings;*

The system monitors for specific risky behaviors such as hard braking, aggressive turning, and rapid acceleration. As the vehicle moves, The algorithm continuously evaluates the driver's actions using real-time data collected from the vehicle's sensors. These sensors operate in a surveillance mode, capturing detailed information about the vehicle's surroundings and the

driver's behavior.  The surveillance mode is highly adaptive, dynamically adjusting to different driving conditions and environments.  It ensures comprehensive monitoring by recording a wide range of data, including the vehicle's speed, direction, and the intensity of acceleration and braking.  When the system detects risky driving behaviors, such as sudden lane changes or speeding, these incidents are meticulously recorded and analyzed.  The algorithm processes this data to calculate a driver score, which reflects the driver's overall safety performance.  This score is then reported to the driver through the vehicle's display and the Rivian smartphone application, providing immediate feedback and encouraging safer driving habits.

> *logic that facilitates a user-defined response to the user activity and/or the user surroundings; and*

Rivian's system starts its evaluation as soon as the vehicle is activated, continuously monitoring various driving behaviors to assess the driver's risk level.  It identifies aggressive driving behaviors such as hard braking, rapid acceleration, and sharp cornering.  When these risky activities are detected, the system logs the data and sends it to servers and smartphone applications. However, some users may disagree with or find the displayed results inaccurate, leading them to respond to the application to remove their account.

> *logic that communicates surveillance information to at least one remotely located computer device.*

Rivian communicates surveillance information of violations to applications and third parties for collection, logging and/or processing.

**99.**

Claim 6 of the '914 Patent, for example, recites:

> *6. The system of claim 5, wherein the logic that facilitates the user-defined response further comprises logic that automatically activates the user-defined response to the user activity and/or the user surroundings.*

The Rivian comprehensive connected vehicle platform monitors the accelerometer and/or gyroscope sensors to automatically determine when a user is in a vehicle and driving.

**100.**

Claim 7 of the '914 Patent, for example, recites:

> *7. The system of claim 5, wherein the logic that facilitates the user-defined response further comprises logic that assigns a risk level associated with the user activity and/or the user surroundings.*

The Rivian comprehensive connected vehicle platform uses a surveillance mode that calculates a risk level of having an accident. For example, fast cornering while driving is measured by the sensors. Risky driving behaviors are provided to the user and to remotely located servers.

**101.**

Independent Claim 15 of the '914 Patent, shown in italics, recites:

> *15. A method comprising the steps of: determining, by a computing device, a user activity and/or user surroundings;*

The Rivian comprehensive connected vehicle platform uses a computing for determining driving motion activities including hard braking, fast acceleration, et cetera, by monitoring three-axis accelerometer $x$, $y$, and $z$ axis sensor data over time periods. The Rivian comprehensive connected vehicle platform software monitors the accelerometer sensor for linear acceleration. This technology allows the device to understand its movement and orientation with the $x$, $y$ and $z$ axis data of a 3D coordinate system. The accelerometer data is crucial in analyzing driving behavior.

> *determining, by the computing device, a surveillance mode that corresponds to the user activity and/or the user surroundings;*

Rivian utilizes logic for monitoring techniques to assess the range or likelihood of events in verifying user activities and surroundings through repeated patterns, frequencies and or spikes. This enables the identification and confirmation of vehicle movements.

> *facilitating, by the computing device, a user-defined response to the user activity and/or the user surroundings; and*

The system monitors for specific risky behaviors such as hard braking, aggressive turning, and rapid acceleration. As the vehicle moves, The algorithm continuously evaluates the driver's actions using real-time data collected from the vehicle's sensors. These sensors operate in a surveillance mode, capturing detailed information about the vehicle's surroundings and the driver's behavior. The surveillance mode is highly adaptive, dynamically adjusting to different driving conditions and environments. It ensures comprehensive monitoring by recording a wide range of data, including the vehicle's speed, direction, and the intensity of acceleration and braking. When the system detects risky driving behaviors, such as sudden lane changes or speeding, these incidents are meticulously recorded and analyzed. The algorithm processes this data to calculate a driver score, which reflects the driver's overall safety performance. This score is then reported to the driver through the vehicle's display and the Rivian smartphone application, providing immediate feedback and encouraging safer driving habits.

> *communicating, by the computing device, surveillance information to at least one remotely located computer device.*

Rivian communicates surveillance information of violations to applications and third parties for collection, logging and/or processing.

**102.**

Claim 17 of the '914 Patent, for example, recites:

> *17. The method of claim 15, wherein the step of facilitating the user-defined response further comprises the step of assigning, by the computing device, a risk level associated with the user activity and/or the user surroundings.*

The Rivian comprehensive connected vehicle platform uses a surveillance mode that calculates a risk level of having an accident. For example, fast cornering while driving is measured by the sensors. Risky driving behaviors are provided to the user and to remotely located servers.

## COUNT V

## DIRECT INFRINGEMENT OF THE '273 PATENT

### 103.

Plaintiff incorporates by reference the allegations of Paragraphs 1-16.

### 104.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '273 Patent, through, among other activities, making, using, and incorporating into Defendant's system automatic programs for monitoring human activities while driving.

### 105.

Independent Claim 1 of the '273 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

Rivian's telematic systems employ advanced computing processes, enabling the use of most cellular networks, GPS for location and speed tracking, and accelerometers for measuring 3D accelerations and movements (WCD). An accelerometer is used in determining the vehicle's orientation and gravity accelerations across $x$, $y$, and $z$ axes in a 3D coordinate system along with respective time values. uses the sensor data to calculate a driver score for each trip. This sensor data includes odometer reading, acceleration and speed.

> *recognizing a particular set of data sample values as a reference in the 3D coordinate system for defining a relationship between an orientation of the WCD and a two dimensional (2D) coordinate system;*

Rivian uses reference data, such as data that represents accurate identification of driving movements by accelerometer $x$, $y$, and $z$ axis sensor data. The reference data is created to remove and or identify non-movement activities such as gravity accelerations (that are not part of the

device movements) and processed to classifications such as harsh braking, harsh accelerations, and others over time periods to confirm changes and validate the motion activity for use in the application. The Rivian comprehensive connected vehicle platform calculates accelerometer $x$, $y$ and $z$ axis data that totals the constant gravity acceleration. The acceleration from gravity may be removed by reducing the amount from each axis or the total amount when combining all three axis. Determining the vertical direction of gravity provides an orientation of the vehicle in a two dimensional measurement system.

> *computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the 2D coordinate system;*

On information and belief, the Rivian comprehensive connected vehicle platform computes reference data including a numeric magnitude and frequency over a predetermined time period. Raw accelerometer data that represents the acceleration of the motion activity are compared by measuring the magnitude and frequency over the same predetermined time period as the reference data.

> *calculating movement data in the 2D coordinate system of one or more other non-reference data sample values based upon the reference data; and*

On information and belief, the Rivian comprehensive connected vehicle platform calculates the movement data in a two dimensional magnitude and frequency measurement over time.

> *determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

On information and belief, the Rivian comprehensive connected vehicle platform determines the motion activity by matching the numeric numbers representing the magnitude and frequency over the same time period with reference data that matches the motion activity.

**106.**

Claim 2 of the '273 Patent, for example, recites:

> *2. The method of claim 1, further comprising: prior to recognizing, mathematically combining the data sample values of the particular reference set; and recognizing the particular reference set as the reference when a combined value has a magnitude that is indicative of a relationship to Earth gravity.*

The Rivian comprehensive connected vehicle platform calculates the accelerometer *x*, *y* and *z* axis data by adding the accelerometer axis data to locate the acceleration provided by gravity; the reference set is a measurement so the magnitude of gravity may be removed so acceleration associated with vehicle movements may be accurately measured.

**107.**

Claim 3 of the '273 Patent, for example, recites:

> *3. The method of claim 2, further comprising updating the reference data each time the reference set of data samples is recognized.*

The Rivian comprehensive connected vehicle platform updates the gravity reference data so acceleration from the movement of the vehicle may be accurately measured.

**108.**

Claim 4 of the '273 Patent, for example, recites:

> *4. The method of claim 1, wherein: each set of data sample values includes a vector defined by three data sample values x,y,z; the reference data is a rotation matrix M; and the movement data comprises a vertical magnitude along the z axis and a horizontal magnitude along the x, y plane, both derived from a rotated vector, the rotated vector equal to the rotation matrix M multiplied by the vector associated with the other non-reference data sample values x,y,z.*

The Rivian comprehensive connected vehicle platform uses the accelerometer *x*, *y* and *z* axis to determine the direction of gravity. After determining the vertical direction of gravity (z axis) a horizontal magnitude for the *x* and *y* axis is established. The Rivian comprehensive connected

vehicle platform uses the *x* and *y* axis for determining hard braking, fast acceleration and quick cornering from drivers. The rotation matrix is applied to the raw *x*, *y* and *z* axis data from the accelerometer.

**109.**

Claim 5 of the '273 Patent, for example, recites:

> *5. The method of claim 4, further comprising: transforming the movement data to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA identifying is based at least in part upon the FD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform transforms the movement data (from the accelerometer *x*, *y* and *z* axis) to the frequency domain to produce data that determines magnitude averages, amounts, and other statistical metrics used in identifying the motion activity.

**110.**

Claim 6 of the '273 Patent, for example, recites:

> *6. The method of claim 5, wherein the MTMA is identified from a set of MTMAs and further comprising: computing a score for each MTMA of the set; and comparing the scores to identify the MTMA.*

On information and belief, the Rivian comprehensive connected vehicle platform uses a list of reference motion activities, each having a unique numeric score to be used for matching.

**111.**

Claim 7 of the '273 Patent, for example, recites:

> *7. The method of claim 1, wherein the MTMA is identified from a set of MTMAs and further comprising: computing a score for each MTMA of the set; and comparing the scores to identify the MTMA.*

On information and belief, the Rivian comprehensive connected vehicle platform uses a list of reference motion activities, each having a unique numeric score that can be matched with accelerometer data coming from motion activities.

### 112.

Claim 8 of the '273 Patent, for example, recites:

> *8. The method of claim 1, wherein the reference data is in the form of a rotation matrix that normalizes the sets of non-reference data sample values with respect to Earth gravity.*

The Rivian comprehensive connected vehicle platform uses reference data that includes or subtracts the earth's gravity acceleration of the *x*, *y* and *z* axis for a combined total.

### 113.

Claim 9 of the '273 Patent, for example, recites:

> *9. The method of claim 1, wherein the movement data is in the time domain (TD) and wherein the computing comprises: computing a magnitude of the movement data in each of the two dimensions of space; computing one or more TD statistical metrics from the magnitudes; and wherein the MTMA determining is based at least in part upon the TD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform takes the accelerometer and/or gyroscope movement data in the time domain and computes a magnitude of the movement data within a two dimensional vertical measurement for identifying the motion activity.

### 114.

Claim 10 of the '273 Patent, for example, recites:

> *10. The method of claim 9, further comprising: transforming the magnitudes from the TD to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA determining is based at least in part the FD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform calculates the magnitudes in the frequency domain so the motion activity is at least in part identified by the statistical metrics from the frequency domain.

**115.**

Claim 11 of the '273 Patent, for example, recites:

> *11. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD.*

The Rivian comprehensive connected vehicle platform implements one or more steps of the method in the wireless communication device carried by the vehicle.

**116.**

Independent Claim 12 of the '273 Patent, shown in italics, recites:

> *12. A method, comprising: receiving first and second data from an accelerometer associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of acceleration of the WCD;*

The Rivian comprehensive connected vehicle platform uses wireless communication devices transported by a vehicle for determining driver motion activities including sharp/fast turns, hard braking, and the like by monitoring accelerometer sensor data over time periods from the accelerometer sensor.

Claim 12 continues:

> *determining reference data that defines a reference framework in two dimensions (2D) of space from the first data;*

The Rivian comprehensive connected vehicle platform uses reference data that determines peaks (and up and down) (2D) inertia motions by the accelerometer.  The Rivian comprehensive connected vehicle platform calculates reference data by monitoring the accelerometer $x$, $y$ and $z$ axis data to identify gravity data within the $x$, $y$ and $z$ axis.  The gravity data is also used to

determine the vertical position (z axis) of the data so that measurements associated with vertical and horizontal movements (forward acceleration, braking, sharp cornering, and others) may be accurately measured.

> *normalizing the second data with the reference data so that the second data can be analyzed in the 2D space; and*

In response to receiving live data, the data is sampled by time, ranges, and/or averages, which is using a 2D analysis.  Second data is normalized by removing the gravity acceleration.  The second data is normalized by determining a rotational matrix that is based on the direction of gravity.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

The Rivian comprehensive connected vehicle platform identifies motion activity based on normalizing the data to remove gravity's acceleration so vehicle acceleration in vertical and horizontal planes with respect to the vehicle may be determined.

**117.**

Claim 13 of the '273 Patent, for example, recites:

> *13. The method of claim 12, wherein the second data comprises a plurality of periodic samples.*

On information and belief, the Rivian comprehensive connected vehicle platform verifies motion activities by determining when second data samples match the previous data sample to formulate matching pattern.  A motion activity gets confirmed when two or more data samples match a motion activity.

**118.**

Claim 14 of the '273 Patent, for example, recites:

> *14. The method of claim 12, wherein the reference data is indicative of a relationship to Earth gravity.*

The Rivian comprehensive connected vehicle platform determines Earth's gravity to determine the vertical (*z* axis) position.  The vertical position also allows the *x* and *y* axis to be representative of the horizontal data (e.g. accelerating, braking, cornering).

**119.**

Claim 15 of the '273 Patent, for example, recites:

> *15. The method of claim 12, wherein the reference data is determined in the form of vector information indicative of a relation to Earth gravity by comparing the first data to a predefined numerical range.*

The Rivian comprehensive connected vehicle platform uses the accelerometer data to determine a vertical position (and also horizontal position) by monitoring the acceleration of Earth's gravity, then a numerical range for vertical data and comparing the first data to a predetermined numerical range for determining vehicle acceleration, breaking, and sharp turns/cornering.

**120.**

Claim 16 of the '273 Patent, for example, recites:

> *16. The method of claim 15, wherein the accelerometer produces first, second, and third sample data along each of 3 axes in a three dimensional (3D) coordinate system and wherein the first data pertains to a value that equals one within a predefined range, the value computed by combining the first, second, and third sample data.*

The Rivian comprehensive connected vehicle platform verifies motion activities by determining when second data samples match the previous data sample to formulate matching pattern.  A motion activity gets confirmed when two or more data samples match a motion activity.

**121.**

Claim 18 of the '273 Patent, for example, recites:

> *18. The method of claim 17, further comprising: transforming the magnitudes from the TD to the frequency domain (FD) to produce FD data; computing one or more FD statistical metrics from the FD data; and wherein the MTMA identifying is based at least in part the FD statistical metrics.*

On information and belief, the Rivian comprehensive connected vehicle platform transforms the movement data (from the accelerometer $x$, $y$ and $z$ axis) to the frequency domain to produce data that determines magnitude averages, amounts, and other statistical metrics used in identifying the motion activity.

### 122.

Claim 19 of the '273 Patent, for example, recites:

> *19. The method of claim 18, wherein the MTMA is identified from a known plurality of MTMAs and further comprising: computing a score for each MTMA of the known plurality; and comparing the scores to identify the MTMA.*

The Rivian comprehensive connected vehicle platform determines when a user is driving and accelerates too fast and/or brakes too hard or aggressively corners by assigning a number (score) that identifies motion activity types (for example, acceptable or unsafe).

### 123.

Claim 20 of the '273 Patent, for example, recites:

> *20. The method of claim 12, wherein one or more of the steps of the method is implemented in the WCD.*

The Rivian comprehensive connected vehicle platform implements one or more steps of the method in the wireless communication device carried by the vehicle.

### 124.

Independent Claim 22 of the '273 Patent, shown in italics, recites:

> *22. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

Rivian's telematic systems employ advanced computing processes, enabling the use of most cellular networks, GPS for location and speed tracking, and accelerometers for measuring 3D

accelerations and movements (WCD).  An accelerometer is used in determining the vehicle's orientation and gravity accelerations across $x$, $y$, and $z$ axes in a 3D coordinate system along with respective time values.   uses the sensor data to calculate a driver score for each trip. This sensor data includes odometer reading, acceleration and speed.

Claim 22 continues:

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values;*

Rivian uses reference data, such as data that represents accurate identification of driving movements by accelerometer $x$, $y$, and $z$ axis sensor data.  The reference data is created to remove and or identify non-movement activities such as gravity accelerations (that are not part of the device movements) and processed to classifications such as harsh braking, harsh accelerations, and others over time periods to confirm changes and validate the motion activity for use in the application.  The Rivian comprehensive connected vehicle platform calculates accelerometer $x$, $y$ and $z$ axis data that totals the constant gravity acceleration.  The acceleration from gravity may be removed by reducing the amount from each axis or the total amount when combining all three axis.  Determining the vertical direction of gravity provides an orientation of the vehicle in a two dimensional measurement system.

> *calculating movement data for each set based upon the reference data; and*

Rivian's platform calculates movement data from classifications, objects and or raw accelerometer data (the live data) with the classifications, objects and or thresholds including time, peaks, ranges, frequencies, and/or averages.

> *determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

Rivian's platform identifies motion activity by normalizing the live data with the reference data over time periods for confirming activity changes over random false positives that occur from short cycle readings.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief that the Court enter judgment in their favor and against the Defendant, granting the following relief:

That the Court enter judgment that one or more claims of the '846 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '558 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the'951 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '914 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '273 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That Defendant be ordered to pay damages adequate to compensate Plaintiff for its acts of infringement, pursuant to 35 U.S.C. § 284;

That Plaintiff be awarded increased damages under 35 U.S.C. § 284 due to Defendant's willful infringement of the '846, '558,'951, '914, and '273 Patents;

That the Court find that this case is exceptional and award Plaintiff reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

That Defendant, its officers, agents, employees, and those acting in privity with it, be preliminarily enjoined from further infringement, contributory infringement, and/or inducing infringement of the patents-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant, its officers, agents, employees, and those acting in privity with it, be permanently enjoined from further infringement, contributory infringement, and/or inducing infringement of the patents-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant be ordered to pay prejudgment and post-judgment interest;

That Defendant be ordered to pay all costs associated with this action; and

That Plaintiff be granted such other and additional relief as the Court deems just, equitable, and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a jury trial on all issues justiciable by a jury.

Respectfully Submitted,

Dated: <u>January 29, 2025</u>          <u>/s/ Brett Thomas Cooke          </u>

Brett Thomas Cooke
State Bar No. 24055343
brett@eurekaiplaw.com

**Eureka Intellectual Property Law, PLLC**
20507 Tamarron Drive
Humble, TX 77346
Telephone: (832) 287-7039

*Attorney for Plaintiff*